

NUMBER 13-09-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SERGIO MOORE, TRUSTEE,                                        Appellant,

v.

ESTATE OF JESUS D. MOORE, JR.,                               Appellee.

On appeal from the 357th District Court of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Yañez, Benavides, and Vela
### Memorandum Opinion Per Curiam

Appellant, Sergio Moore, Trustee, perfected an appeal from a judgment rendered against him in favor of appellee, Estate of Jesus D. Moore, Jr. On August 11, 2009, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 15, 2009, and that the deputy district clerk, Christina Tusa, had notified this Court that appellant failed to make arrangements for payment of the clerk's

record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 1st day of October, 2009.